IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| URGENT CARE CLINIC OF LINCOLN, P.C., <br><br> Plaintiff, <br><br> vs. <br><br> PRACTICEMAX, INC., <br><br> Defendant. | 8:22CV77 <br><br> ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Joint Stipulated Motion to Dismiss (Filing No. 22). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to bear its own costs and expenses, including attorney fees.

Dated this 12th day of January, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge